IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR49 |
| ARTURO CURT JOHNSON | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on July 1, 2005 at 9:15 a.m. before Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion for Reconsideration of Pretrial Release [51]

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 30th day of June, 2005.

                                               BY THE COURT:

                                               s/ Thomas D. Thalken
                                               United States Magistrate Judge