IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR49 |
| | ) | |
| v. | ) | |
| | ) | |
| ARTURO CURT JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's motion to extend time, Filing No. 68, in which to file an objection to the magistrate judge's report and recommendation, Filing No. 62. After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant Arturo Curt Johnson is granted an extension of time until on or before September 6, 2005, in which to file an objection to the magistrate judge's report and recommendation.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge