# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR49 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARTURO CURT JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of A. Michael Bianchi to withdraw as counsel for the defendant, Arturo Curt Johnson (Johnson) (Filing No. 108). For good cause shown, the motion is granted.

**IT IS SO ORDERED.**

DATED this 1st day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge